**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


**To: Chris Daniel**                                                    **December 21, 2015**
**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-15-00988-CR | Jose Aldape v The State of Texas | 1361921 |
|---|---|---|
|  | State's Exhibit 33, a DVD |  |

Received by: _____

Received on: _____